# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| LM30 | 9061355 | Scott Desselle | 755 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (MM / DD / YYYY) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 06/02/26 10:16 | 6 CFR 139.30 |

Place of Offense: 2600 CiTi Place, BR, La IRS

Offense Description: Factual Basis for Charge — HAZMAT ☐

SubJect Refused Screening Procedures

66

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| ELPHAGE | Veronica | M |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ ______ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ ______ Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 777 Florida ST Baton Rouge, La 70801 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

*9061355*

CVB SCAN 06/17/2026 15:23

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on June 2, 2026 while exercising my duties as a law enforcement officer in the Middle District of La

On 06/02/2026, I, Inspector Desselle interviewed PSO Pierre, Joseph. PSO Pierre stated that Subject ELPHAGE refused to follow screening procedures at the IRS office.

The foregoing statement is based upon:

☐ my personal observation ☒ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/09/26 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/17/2026 15:23

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| LM30 | 9061356 | Scott Desselle | 755 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (MM/DD/YYYY): 06/02/2026 10:16

Offense Charged ☒ CFR ☐ USC ☐ State Code: 139.35(a)(e)

Place of Offense: 2600 Citi Place BR La IRS

Offense Description: Factual Basis for Charge HAZMAT ☐

Suspect spit in the face of a PSO when told to exit Building

66

**DEFENDANT INFORMATION** Phone: [redacted]

Last Name: ELPHAGE Veronica M

Street Address [redacted]

Tag No. State Year Make/Model PASS ☐ Color

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

$ ______ **Total Collateral Due**

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 777 Florida ST Baton Rouge, La 70801

Date

Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

*9061356*

CVB SCAN 06/17/2026 15:23

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 6, 2026 while exercising my duties as a law enforcement officer in the Middle District of Louisiana

On 06/02/2026 at or around 1300, I, Inspector Desselle interviewed PSO Pierre, J. During this interview PSO Pierre stated that Subject ELPHAGE spit into his face and eyes while he attempted to escort her out of the IRS Lobby

The foregoing statement is based upon:

☐ my personal observation ☒ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/04/26 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______

Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 06/17/2026 15:23